# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :

      v.                                    :         **CRIMINAL NO. 12-399-3**

**WARREN JOHNSON**                  :

### ORDER

AND NOW, this ___16th___ day of ___October___, 2014, having considered the Government's Motion to Dismiss Count Seven of the Indictment, it is hereby ORDERED that the Government's Motion to Dismiss Count Seven of the Indictment as to this defendant is GRANTED, and Count Seven of the Indictment against the above-captioned defendant is DISMISSED as to this defendant.

                BY THE COURT:

                _____
                HONORABLE J. CURTIS JOYNER